ANDERSON *v.* THE EVANSVILLE, INDIANAPOLIS, AND CLEVELAND STRAIGHT LINE RAILROAD COMPANY.

WILLIAMS *v.* THE SAME.

*Thursday,
June 7.*

APPEAL from the *Greene* Circuit Court.

*Per Curiam.*—The questions raised in this case are decided in that of *O'Donald* against the same appellees, at this term (1).

The judgment is affirmed with 3 per cent. damages and costs.

*J. N. Evans*, for the appellant.

(1) *Ante,* 259.